**No. 49980.**—Protests 934226–G, etc., of Heinsheimer Bros., Inc. (New York).

Opinion by TILSON, J.   The record showed that certain items of the merchandise consisted of hats similar in all material respects to those the subject of Abstract 47291 and *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), which records were admitted in evidence herein.   In accordance therewith the items were held dutiable at 25 percent under paragraph 1504 (b) (1) as claimed.

BEFORE THE THIRD DIVISION, JANUARY 27, 1945

**No. 49981.**—Protests 77493–K, etc., of John J. Brunner Agency, Inc., et al. (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49982.**—Protests 112704–K, etc., of Elding Trading Co. et al. (New York).

Opinion by KEEFE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

JANUARY 25, 1945

**No. 49983.**— Protest 103904–K of Joseph Dixon Crucible Co.   Government's application for rehearing granted.

JANUARY 26, 1945

**No. 49984.**—SUIT 4474.— *P. Silverman & Son* v. *United States.*   C. D. 827 affirmed December 11, 1944. C. A. D. 292.

BEFORE THE FIRST DIVISION, JANUARY 31, 1945

**No. 49985.**—Petition 6327-R of Eastern Grocery Co. (Los Angeles).

Opinion by OLIVER, P. J.   The petition was dismissed.